IN THE SUPREME COURT OF TEXAS

 No. 09-0357

 IN RE JOHN LELAND, D.D.S.

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's emergency motion for stay, filed April 30, 2009, is
granted. The deposition of John Leland, D.D.S., in Cause No. CVDV-05-281,
styled George C. Brandal and Ruth L. Brandal vs. John Leland, D.D.S., in
the 216th District Court of Bandera County, Texas, is stayed pending
further order of this Court.
 2. The real parties in interest are requested to respond to
relator's petition for writ of mandamus on or before 3:00 p.m., May 11,
2009.
 3. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this April 30, 2009.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk